Docusign Envelope ID: D156901C-F41E-4CFD-B8E3-34044B452978

Robert D. Mitchell (SBN 011922)
Christopher J. Waznik (SBN 032812)
Anne P. Barber (SBN 035591)
CM Matthew Luk (SBN 037238)
**TB TIFFANY & BOSCO P.A.**
Camelback Esplanade II, Seventh Floor
2525 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 255-6000
E-mail: rdm@tblaw.com; cjw@tblaw.com;
apb@tblaw.com; cml@tblaw.com
*Attorneys for Claimant Haiqiang Lu*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| United States of America, | No.: 4:23-cv-00147-MSA |
|---|---|
| Plaintiff, | **VERIFIED CLAIM OF HAIQIANG LU AND CONTEST OF FORFEITURE** |
| 1,150,049.51316 TetherUS ("USDT") 59,939.992 Ethereum Classic ("ETC"), | |
| Defendants. | |

I, Haiqiang Lu, declare and state as follows:

1. I am over the age of 18 and am competent to testify as to the matters set forth herein.

2. I am a real estate investor that focuses on the Hong Kong and Thailand markets.

3. I have multiple real estate and real estate investment advisory companies in Hong Kong and Thailand.

4. I am the lawful owner of (1) 1,150,049.51316 Tether US Cryptocurrency and (2) 59,939.992 Ethereum Classic Cryptocurrency, the defendants in this matter.

1

Verified Claim of Haiqiang Lu and Contest of Forfeiture.

5. In or around 2022, I recognized the value and investment potential of cryptocurrencies and created an account on Binance, a cryptocurrency exchange platform.

6. On May 5, 2022, I purchased 2,134,657 USDT, a cryptocurrency pegged to the value of U.S. Dollars, through over-the-counter merchants. These USDT were stored in my Binance account.

7. I purchased these USDT at market value, at a unit price of 7.85 Hong Kong Dollars per USDT, for a total price of 16,735,711 Hong Kong Dollars. See **Exhibit A -** 2022-05-05 Sale & Purchase Agreement**.**

8. The Hong Kong Dollars used to purchase the USDT were legally earned through my real estate business and investments.

9. Later, I purchased other cryptocurrencies, including but not limited to BTC, DOT, ETH, ETC, and DOGE. These cryptocurrencies were all stored in my Binance account.

10. On or about October 16, 2022, I attempted to withdraw the cryptocurrencies stored in my Binance account and found my account to be frozen.

11. I contacted Binance's customer service and received the contact information of FBI Agent Nathan Wood.

12. I sent multiple emails to Nathan Wood to discuss the recovery of my account, but received no response.

13. After months of attempting to contact Mr. Wood, I engaged an attorney in Hong Kong to represent me.

14. On December 14, 2024, my Hong Kong attorney sent a formal letter to Nathan Wood on my behalf, asking whether the U.S. government seized my cryptocurrencies or whether my Binance account remained frozen for investigation purposes.

15. After several follow-up attempts, Nathan Wood responded in an email dated March 20, 2025, stating that the "assets are subject to seizure and forfeiture." See **Exhibit B -** 2025-03-20 Email from Nathan Wood.

16. This was the first time I received information that my cryptocurrencies held in my Binance account were subject to seizure and forfeiture.

17. I did not participate in any criminal activities that would give rise to forfeiture of the cryptocurrencies held in my Binance account and did not become aware of any alleged criminal connections until review of the forfeiture action filed by the Government.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5 day of August, 2025.

Signed by:

*Haiqiang Lu*

Haiqiang Lu

# EXHIBIT A

# Sale and Purchase Agreement

Party A (Seller):
Name: SIEW JIN WEI
Nationality: Malaysia
ID No./Passport No.: 911225-08-5779

Party B (Buyer):
Name: Lu Haiqiang
Nationality: RV095834
ID No./Passport No.: Vanuatu

Article 1 Subject Matter

1.1 Party A agrees to sell and Party B agrees to purchase 2,134,657 USDT at a unit price of 7.85 HKD per USDT, with a total amount of 16,735,711 HKD.

Article 2 Payment and Delivery

2.1 Party B shall pay the full amount to Party A's via Cash within __1__ Day after signing this agreement:

2.2 Upon confirming receipt of payment, Party A shall transfer the USDT to Party B's designated wallet address within __2__ hours:
- Wallet Address: 0xc4a31336a25602cccf86db9a692059354d950a16
- Network Type: ERC20
- Wallet Address: TPbxGyY2cHc4ie1pWZmQ1Z4kBwtMgQd4CL
- Network Type: TRC20

2.3 Party A guarantees that its funds are sourced from Binance.

Article 3 Rights and Obligations

3.1 Party A warrants:
- The USDT sold is legally obtained and free from ownership disputes.
- Timely and accurate delivery of USDT; any loss caused by delay or incorrect delivery shall be borne by Party A.

3.2 Party B warrants:
- The payment funds are legally obtained and owned by Party B.
- The provided wallet address is accurate; any loss due to an incorrect address shall be borne by Party B.

Article 4 Breach of Contract

If the transaction fails due to force majeure (e.g., policy changes, network failure), both parties shall negotiate or terminate the agreement.

Article 5 Dispute Resolution

Disputes shall be resolved through amicable negotiation. If no resolution can be reached, the parties agree to submit to the exclusive jurisdiction of the courts of Hong Kong.

Article 6 Miscellaneous

6.1 This agreement takes effect upon signing/stamping by both parties and is made in duplicate, with each party holding one copy.

6.2 For matters not covered herein, supplementary agreements may be signed and shall have the same legal effect.

Party A (Signature/Seal): SIEW JINWEI

Date: 5th, May, 2022

Party B (Signature/Seal): Lu Haiqiang

Date: 5th, May, 2022

# EXHIBIT B

# REDACTED

From: Nathan Wood <NWOOD2@fbi.gov>
Sent: Thursday, March 20, 2025 00:22
To: Dayo Cheung <dayocheung@zmlhk.com>
Subject: RE: Matter concerning seizure of digital assets from Lu HaiQiang at Binance

Dayo Cheung,
The assets are subject to seizure and forfeiture. Please provide an appropriate address to notice. Once the forfeiture process begins, we will send out a notice and your client will be appropriately notified for their opportunity to contest the seizure. Thank you.



**Nathan Wood**
**Special Agent**
**Federal Bureau of Investigation**
**Nwood2@fbi.gov**

---

**From:** Dayo Cheung <dayocheung@zmlhk.com>
**Sent:** Tuesday, January 7, 2025 1:42 AM
**To:** Wood, Nathan (PX) (FBI) <NWOOD2@fbi.gov>; FOIPAQUESTIONS <FOIPAQUESTIONS@FBI.GOV>
**Cc:** Cody Leung <codyleung@zmlhk.com>; business crypto <forcryptobusiness@hotmail.com>
**Subject:** [EXTERNAL EMAIL] - Re: Matter concerning seizure of digital assets from Lu HaiQiang at Binance

Dear Sirs,

We refer to our email to you of 16 December 2024 and resend our letter for your attention.

Best regards,

Dayo Cheung
*Associate*

20/F, Central 88, Nos. 88-98 Des Voeux Central, Hong Kong
Tel no.: +852 3619 2356 (Direct)  |  Tel no.: +852 3619 2000 (General)

---

**From:** Dayo Cheung <dayocheung@zmlhk.com>
**Sent:** Tuesday, January 7, 2025 12:42
**To:** nwood2@fbi.gov <nwood2@fbi.gov>; foipaquestions@fbi.gov <foipaquestions@fbi.gov>
**Cc:** Cody Leung <codyleung@zmlhk.com>; business crypto <forcryptobusiness@hotmail.com>
**Subject:** Re: Matter concerning seizure of digital assets from Lu HaiQiang at Binance

Dear Sirs,

We refer to our email to you of 16 December 2024 and resend our letter for your attention.

2

Best regards,

Dayo Cheung
*Associate*



20/F, Central 88, Nos. 88-98 Des Voeux Central, Hong Kong
Tel no.: +852 3619 2356 (Direct)  |  Tel no.: +852 3619 2000 (General)

---

**From:** Cody Leung <codyleung@zmlhk.com>
**Sent:** Monday, December 16, 2024 17:46
**To:** nwood2@fbi.gov <nwood2@fbi.gov>
**Cc:** Dayo Cheung <dayocheung@zmlhk.com>
**Subject:** Matter concerning seizure of digital assets from Lu HaiQiang at Binance

Dear Sirs,

We are legal representatives from Hong Kong acting on behalf of Mr. Lu HaiQiang in this captioned matter and we enclose our letter to you dated 14th December 2024 for your attention.

Cody Leung
**Consultant**



20/F, Central 88, Nos. 88-98 Des Voeux Road Central, Hong Kong
Tel no.: +852 3619 2000 (General)   |   Email: codyleung@zmlhk.com

3