**DORSEY & WHITNEY LLP**
ANDREW C. STONE
Arizona State Bar No. 026543
SETH T. GOERTZ
Arizona State Bar No. 031645
2325 East Camelback Road, Suite 900
Phoenix, AZ 85016
Email: Stone.Andy@dorsey.com
       Goertz.Seth@dorsey.com
Telephone: 602.735.2700

**THE CRYPTO LAWYERS PLLC**
RAFAEL YAKOBI (*pro hac vice pending*)
California State Bar No. 312421
848 Brickell Avenue, Penthouse 5
Miami, Florida 33131
Email: rafael@thecryptolawyers.com
Telephone: 619.317.0722

*Attorneys for Claimant Richard Nickson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br>v.<br><br>1,150,049.51316 Tether;<br>59,939.992 Ethereum Classic,<br><br>  Defendants,<br><br>Richard Nickson,<br><br>  Claimant. | Case No. 23-CV-147-TUC-MSA<br><br>**VERIFIED CLAIM OF RICHARD NICKSON** |

Claimant, Richard Nickson ("Claimant"), hereby submits this Verified Claim pursuant to Federal Rules of Civil Procedure, Rule G(5) of the Supplemental Rules for Admiralty for Maritime Claims and Asset Forfeiture Actions, and asserts his interest in defendant 1,150,049.51316 Tether and 59,939.992 Ethereum Classic (collectively, the "Defendant Assets," as defined in the United States' Verified Complaint for Forfeiture filed with this Court on March 27, 2023) as follows:

1. Claimant is an individual, Richard Nickson.

2. On or about August 9, 2025, Claimant received notice of this action by certified mail, identifying Claimant as an interested party in this action.

3. Claimant has an ownership interest in the Defendant Assets, including as the beneficiary of a constructive trust.

4. Claimant has an interest in the Defendant Assets because Claimant was the victim of the criminal offenses underlying the forfeiture of the Defendant Assets.

5. As alleged in the Affidavit supporting the Complaint for forfeiture here, Claimant (identified as R.N.), was defrauded and tricked into conducting trading activity on a fake website, when in fact, his funds were stolen by criminals and ultimately deposited into the account from which the Defendant Assets were seized.

Dated:  September 10, 2025                    Respectfully submitted,

DORSEY & WHITNEY LLP

By: *s/ Andrew C. Stone*
    Andrew C. Stone
    Seth T. Goertz

Rafael Yakobi (*pro hac vice pending*)
THE CRYPTO LAWYERS PLLC
*rafael@thecryptolawyers.com*
848 Brickell Avenue, Penthouse 5
Miami, Florida 33131
Telephone:  619-317-0722

*Attorneys for Claimant Richard Nickson*

4903-2867-4663\1

Doc ID: 65f65303f545cf6bf8dfeb5f84603d003680a784

1
2
**VERIFICATION**

3    I, Richard Nickson, attest and declare under penalty of perjury that the statements
4 made in the above Verified Claim are true and correct, to the best of my knowledge.

5
6   Dated: September 10, 2025

_____
Richard Nickson

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4903-2867-4663\1

Doc ID: 65f65303f545cf6bf8dfeb5f84603d003680a784