Daniel M. Smith, Esq. (AZ SBN 13678)
SAN DIEGO DEFENDERS APC
585 Third Avenue
Chula Vista CA 91910
Telephone: (619) 233-6900
Facsimile: (619) 374-8477
Email: dsmith@sandiegodefenders.com

Attorneys for Claimant
KAREN KANG

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>1,150,049.51316 TetherUS ("USDT"),<br><br>59,939.992 Ethereum Classic ("ETC")<br><br>    Defendants.<br>_____<br>KAREN KANG,<br><br>    Claimant.<br>_____ | Case No.: 23-cv-00147-MSA<br><br><br><br><br>ANSWER TO COMPLAINT |

    COMES NOW the Claimant, KAREN KANG, by and through her counsel of record, and in answer to Plaintiff's Complaint for Forfeiture, hereby responds, alleges, and otherwise pleads as follows:

    1.    Answering Paragraph 1. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

    2.    Answering Paragraph 2. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained

therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

3. Claimant admits the allegations set forth in Paragraph 3. of the Complaint for Forfeiture.

4. Claimant admits the allegations set forth in Paragraph 4. of the Complaint for Forfeiture.

5. Claimant admits the allegations set forth in Paragraph 5. of the Complaint for Forfeiture.

6. Answering Paragraph 6. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

7. Answering Paragraph 7. of the Complaint, Claimant has no information or belief sufficient to enable her to answer the allegations contained therein, and basing her denial on that ground, denies each and every allegation contained therein in the conjunctive as well as the disjunctive.

## AFFIRMATIVE DEFENSE(S)

## FIRST AFFIRMATIVE DEFENSE

A constructive trust in Claimant's cryptocurrency exists in the defendant currency based upon a fraud committed against Claimant, who is a beneficiary of and holds an equitable interest in the trust. See U.S. v. $4,224,958.57, 379 F.3d 1146 (9th Cir. 2004), reh'g denied, 392 F.3d 1002 (9th Cir. 2004), and U.S. v. Wilson, 659 F.3d 947 (9th Ci. 2011).

## SECOND AFFIRMATIVE DEFENSE

The provisions of the forfeiture statute are unconstitutional as applied to Claimant's interest in the defendant property in this case based upon the Eight Amendment to the United States Constitution and 18 U.S.C. §983(g), which prohibit excessive fines.

### THIRD AFFIRMATIVE DEFENSE

The defendant property is not subject to forfeiture because if any illegal acts were committed, it was without the knowledge and consent of Claimant, and thus Claimant is an innocent owner pursuant to 18 U.S.C §983(d).

### FOURTH AFFIRMATIVE DEFENSE

There is no substantial connection between Claimant's funds and the alleged illegal conduct. Any transfer or hold of Claimant's funds through all virtual currency platforms was for legitimate purposes, and those funds are not tainted by any offense. The government must prove a substantial connection under 18 U.S.C. §983(c); categorical assertions that all virtual currency funds are tainted do not satisfy this requirement as to Claimant's specific property.

### FIVE AFFIRMATIVE DEFENSE

The complaint fails to state a claim upon which relief may be granted.

### JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure and general federal law, Claimant demands a trial by jury in connection with the subject action.

WHEREFORE, claimant prays for judgment as follows:

1. That the Complaint be dismissed with prejudice;
2. That the subject property be returned to Claimant;
3. For reasonable attorney's fees herein and costs of suit; and
4. For such other and further relief as the Court may deem just.

Dated: September 12, 2025                Respectfully submitted,

*/s/ Daniel M. Smith*
DANIEL M. SMITH
Attorney for Petitioner
KAREN KANG

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed with the Clerk of the Courts CM/ECF and served to all registered parties this 12th day of September, 2025.

                                          */s/ Daniel M. Smith*
                                          DANIEL M. SMITH