Daniel M. Smith, Esq. (AZ SBN 013678)
SAN DIEGO DEFENDERS APC
585 Third Avenue
Chula Vista CA 91910
Telephone: (619) 233-6900
Facsimile: (619) 374-8477
Email: dsmith@sandiegodefenders.com

Attorneys for Claimant
KAREN KANG

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23-cv-00147-MSA |
| Plaintiff, | |
| v. | MOTION FOR JOINDER IN GOVERNMENT'S RESPONSE TO MOTION TO DISMISS AND RETURN PROPERTY |
| 1,150,049.51316 TETHERUS ("USDT"), 59,939.992 ETHEREUM CLASSIC ("ETC") | |
| Defendants. | |
| KAREN KANG, | |
| Claimant. | |

PLEASE TAKE NOTICE that, Claimant Karen Kang, consistent with Federal Rules of Civil Procedure 18 and 20, moves to join in Plaintiff Government's Response to Motion to Dismiss and Return Property filed as ECF Docket No. 21. Claimant Karen Kang shares similar reasons as Plaintiff and the theories set forth by

/ / /

/ / /

/ / /

1

1  Plaintiff in its response motion and moves to join out of an abundance of caution.

3  Dated: September 12, 2025                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/Daniel M. Smith*
　　　　　　　　　　　　　　　　　　　　　　　　　DANIEL M. SMITH
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Claimant
　　　　　　　　　　　　　　　　　　　　　　　　　KAREN KANG

9  Copy of the foregoing was served electronically or by other means this 12th day of September, 2025, to:

All ECF participants