**DORSEY & WHITNEY LLP**
ANDREW C. STONE
Arizona State Bar No. 026543
SETH T. GOERTZ
Arizona State Bar No. 031645
2325 East Camelback Road, Suite 900
Phoenix, AZ 85016
Email: Stone.Andy@dorsey.com
Goertz.Seth@dorsey.com
Telephone: 602.735.2700

**THE CRYPTO LAWYERS PLLC**
RAFAEL YAKOBI (*pro hac vice pending*)
California State Bar No. 312421
848 Brickell Avenue, Penthouse 5
Miami, Florida 33131
Email: rafael@thecryptolawyers.com
Telephone: 619.317.0722

*Attorneys for Claimant Xiaojun Li*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br>v.<br><br>1,150,049.51316 Tether;<br>59,939.992 Ethereum Classic,<br><br>Defendants, | Case No. 23-CV-147-TUC-MSA<br><br>**CLAIMANT XIAOJUN LI'S ANSWER TO COMPAINT** |
| Xiaojun Li,<br><br>Claimant. | |

Claimant, Xiaojun Li ("Claimant"), answers Plaintiff's Complaint for Forfeiture as follows:

1. Claimant lacks information or belief sufficient to answer the allegations contained in Paragraph 1 of the Complaint and therefore denies the allegations therein.

2. Claimant lacks information or belief sufficient to answer the allegations contained in Paragraph 2 of the Complaint and therefore denies the allegations therein.

3. Claimant admits the allegations in Paragraph 3.

4. Claimant admits the allegations in Paragraph 4.

5. The allegations contained in Paragraph 5 call for a legal conclusion to which no response is required.

6. Claimant lacks information or belief sufficient to answer the allegations contained in Paragraph 6 of the Complaint and therefore denies the allegations therein.

7. Claimant lacks information or belief sufficient to answer the allegations contained in Paragraph 7 of the Complaint and therefore denies the allegations therein.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Claimant has an ownership interest in the Defendant Assets as the beneficiary of a constructive trust because Claimant was a victim of the criminal conduct underlying the forfeiture of the Defendant Assets. *See U.S. v. $4,224,958.57*, 379 F.3d 1146 (9th Cir. 2004), *reh'g denied*, 392 F.3d 1002 (9th Cir. 2004).

### Second Affirmative Defense

Claimant's ownership interest in the Defendant Assets is not subject to forfeiture because Claimant did not know of the conduct giving rise to the forfeiture and is an innocent owner pursuant to 18 U.S.C. § 983(d).

WHEREFORE, Claimant seeks relief as follows:

1. That Claimant's interest in the Defendant Assets be returned to Claimant;
2. For reasonable attorneys' fees and costs; and
3. Any other relief the Court deems just.

Dated: October 15, 2025

Respectfully submitted,

DORSEY & WHITNEY LLP

By: *s/ Seth T. Goertz*
Andrew C. Stone
Seth T. Goertz

Rafael Yakobi (*pro hac vice pending*)
THE CRYPTO LAWYERS PLLC
*Attorneys for Claimant Xiaojun Li*